IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM PATE**, *et al.*                                  **PLAINTIFFS**

**V.**             **CIVIL ACTION NO. 1:18-CV-46-HSO-JCG**

**HUNT SOUTHERN GROUP, LLC**, *et al.*                    **DEFENDANTS**

## ORDER STAYING CASE

In the related case of *Yarbrough et al v. Hunt Southern Group, LLC et al*, Civil Action No. 1:18-cv-51-LG-RHW, the Court entered a Memorandum Opinion and Order granting Defendants' motions for summary judgment and dismissing Plaintiffs' claims. Plaintiffs have filed a Notice of Appeal from the Final Judgment entered in *Yarbrough*. The instant cause of action involves questions of law substantially similar to those addressed in *Yarbrough*; therefore, the pending appeal in *Yarbrough* is likely to have a material effect on the proceedings in the instant cause of action. In the interests of judicial efficiency, the Court finds that this case should be stayed pending resolution of the *Yarbrough* appeal.

**SO ORDERED AND ADJUDGED** this the 2nd day of December 2019.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE